# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TAMARISK RD. TRUST UDT 08/19/2020, PROPER T VIEW INC.<br><br>PLAINTIFF(S)<br><br>v.<br><br>MICHAEL J. PRIETO , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:23–cv–01886–SSS–SP<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|  9/15/2023  |  1  |  Complaint  |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: September 19, 2023    By: /s/ *Jeannine Tillman  213–894–2672*
                                  Deputy Clerk