# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Tamarisk Rd. Trust UDT 08/19/2020, Proper T View Inc. et al <br><br> **PLAINTIFF(S)** <br> v. <br><br> Michael J. Prieto et al <br><br> **DEFENDANT(S).** | **CASE NUMBER** <br><br> 5:23-cv-01886 SSS(SPx) <br><br> **ORDER TO REASSIGN CASE** <br> **(Identical Civil Cases)** |

On  04/14/2022 , Civil Case No. 5:22-cv-00650 SPG(SPx) was filed and assigned to Judge Sherilyn Peace Garnett .

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, when a newly filed civil case is identified as identical to a previously filed civil case, pending or closed, the newly filed case shall be transferred to the judge assigned to the previously filed case.

Therefore, IT IS ORDERED that:

☒ the above-entitled case be transferred to the calendar of Judge  Sherilyn Peace Garnett  for all further proceedings.

☐ the above-entitled case having been randomly assigned to Judge _____, the Clerk shall reassign the Magistrate Judge assigned to hear any discovery matters that are or may be referred.

September 19, 2023                                  Percy Anderson
Date                                                         Chair, Case Management & Assignment Committee

---

**Notice to Counsel from the Clerk**

Any discovery matters that are or may be referred to a Magistrate Judge are hereby referred to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials  SPG  after the case number in place of the initials of the prior judge so that the case number will read  5:23-cv-01886 SPG(SPx) . This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge    ☐ Statistics Clerk

CV-81 (06/23)                                              ORDER TO REASSIGN CASE (Identical Civil Cases)