| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Daniel E. Katz, State Bar No. 185139<br>dkatz@rhlaw.com<br>Kiki Manti Engel, State Bar No. 309136<br>kengel@rhlaw.com<br>REID & HELLYER APC<br>POB 1300; Riverside, CA 92502-1300<br>(951) 682-1771; (951) 686-2415 FAX | |

ATTORNEY(S) FOR: Plaintiff The Tamarisk Rd. Trust UDT 08/19/20

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| THE TAMARISK RD. TRUST UDT 08/19/2020, PROPER T VIEW INC. AS TRUSTEE<br><br>Plaintiff(s),<br>v.<br>MICHAEL J. PRIETO, an individual; and DOES 1-10<br><br>Defendant(s). | CASE NUMBER:<br><br>5:23-cv-01886-SPG-SP<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   THE TAMARISK RD. TRUST UDT 08/19/2020, PROPER T VIEW INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Plaintiff THE TAMARISK RD. TRUST UDT 08/19/2020, PROPER T VIEW INC. AS TRUSTEE | Plaintiff was the successful bidder at the nonjudicial foreclosure sale of the leasehold interest in the subject property. Plaintiff seeks possession of the subject property. |
| Defendant MICHAEL J. PRIETO, an individual | Defendant is the prior owner of leasehold interest in subject property. Defendant is presently in possession of the subject property. |

September 20, 2023
Date

*K.k. Manti* (signature)
Signature

Attorney of record for (or name of party appearing in pro per):

TAMARISK RD. TRUST UDT 08/19/2020, PROPER T VIEW