**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Daniel E. Katz (SBN 185139) Kiki Manti Engel (SBN 309136)<br>Reid & Hellyer APC<br>3685 Main Street, Suite 300<br>Riverside CA 92501<br><br>TELEPHONE NO.: (951) 682-1771   FAX NO. *(Optional)*: (951) 686-2415<br>E-MAIL ADDRESS *(Optional)*: Dkatz@rhlaw.com   Kengel@rhlaw.com<br>ATTORNEY FOR *(Name)*: Plaintiff | *FOR COURT USE ONLY* |
|---|---|

| UNITED STATES DISTRICT COURT |
|---|
| STREET ADDRESS: CENTRAL DISTRICT OF CALIFORNIA |
| MAILING ADDRESS: 3470 TWELFTH STREET |
| CITY AND ZIP CODE: RIVERSIDE 92501 |
| BRANCH NAME: GEORGE E. BROWN JR. FEDERAL BUILDING & COURTHOUSE |

| PLAINTIFF/PETITIONER: The Tamarisk Rd. Trust UDT 08/19/2020, Proper T View Inc. et al | CASE NUMBER:<br>5:23-cv-01886 SSS(SPx) |
|---|---|
| DEFENDANT/RESPONDENT: Michael J. Prieto et al | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [x] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:
3. a. Party served *(specify name of party as shown on documents served)*:
      Michael J. Prieto
   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Shaun M. Murphy, Attorney for Michael Prieto
4. Address where the party was served:
   74785 Highway 111, Suite 105, Indian Wells, CA 92210
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*:   (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

POS-010

| PLAINTIFF/PETITIONER: The Tamarisk Rd. Trust UDT 08/19/2020, Proper T View Inc. et al | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Michael J. Prieto et al | 5:23-cv-01886 SSS(SPx) |

5. c. [x] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):* September 19, 2023    (2) from *(city):* Riverside

   (3) [x] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)           [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)   [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)         [ ] 415.46 (occupant)
                                         [ ] other:

7. **Person who served papers**
   a. Name: Bernice Smith
   b. Address:
   c. Telephone number:
   d. **The fee** for service was: $
   e. I am:
      (1) [x] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner  [ ] employee  [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [x] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: October 16, 2023

Bernice Smith                                          *(signed)* Bernice Smith
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)

POS-010 [Rev. January 1, 2007]         **PROOF OF SERVICE OF SUMMONS**         Page 2 of 2