1 Daniel E. Katz, State Bar No. 185139
dkatz@rhlaw.com
2 Kiki Manti Engel, State Bar No. 309136
kengel@rhlaw.com
3 REID & HELLYER APC
Post Office Box 1300
4 Riverside, California 92502-1300
3685 Main Street, Suite 300
5 Riverside, California 92501
Telephone:  (951) 682-1771
6 Facsimile:  (951) 686-2415

7 Attorneys for Plaintiff
THE TAMARISK RD. TRUST UDT 08/19/2020,
8 PROPER T VIEW INC. AS TRUSTEE

9                  **UNITED STATES DISTRICT COURT**

10      **CENTRAL DISTRICT OF CALIFORNIA, FIRST STREET FEDERAL**

11                     **COURTHOUSE LOS ANGELES**

| | |
|---|---|
| 12 THE TAMARISK RD. TRUST UDT 08/19/2020, PROPER T VIEW INC. AS 13 TRUSTEE,<br><br>14          Plaintiff,<br><br>15    v.<br><br>16 MICHAEL J. PRIETO, an individual; and DOES 1 -10,<br><br>17          Defendant. | Case No. 5:23-cv-01886-SPG-SP<br><br>Judge:    Hon. Sherilyn Peace Garnett<br>Department:   5C<br><br>**DECLARATION OF KIKI MANTI ENGEL IN RESPONSE TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**<br><br>Action Filed:  September 15, 2023 |

20                **DECLARATION OF KIKI MANTI ENGEL**

21      I, Kiki Manti Engel, declare as follows:

22      1.    I am an attorney duly licensed to practice before all Courts of the State

23 of California, and a shareholder at the law firm of Reid & Hellyer, A Professional

24 Corporation, counsel of record for Plaintiff THE TAMARISK RD. TRUST UDT

25 8/19/2020, PROPER T VIEW INC., AS TRUSTEE ("Plaintiff").

26 ///

27 ///

28 ///

**REID & HELLYER APC**
POST OFFICE BOX 1300
RIVERSIDE, CALIFORNIA 92502-1300
3685 MAIN STREET, SUITE 300
RIVERSIDE, CALIFORNIA 92501

- 1 -

2.     On September 19, 2023, my office served Defendant MICHAEL J. PRIETO'S ("Defendant") counsel, Shaun Murphy of the law firm of Slovak Baron Empey Murphy & Pinnkey LLP, with the Summons and Complaint by Notice and Acknowledgement of Receipt of Summons and Complaint.

3.     The law firm Slovak Baron Empey Murphy & Pinnkey LLP has represented Defendant since approximately February 2021 in the related state court actions. This action started in state Court but had to be filed in Federal Court due to a jurisdictional issue. Title 28, Section 1360 of the United States Code.

4.     On October 12, 2023, counsel for Defendant, Shaun Murphy, signed and returned the Notice and Acknowledgement of Receipt of Summons and Complaint to my office. A copy of the signed Notice and Acknowledgement of Receipt of Summons and Complaint is attached hereto as **Exhibit A**.

5.     On October 16, 2023, my office filed the signed Notice and Acknowledgement of Receipt of Summons and Complaint with the Court as Document Number 10. On this same October 16, 2023 date, my office filed a Proof of Service of Summons with the Court as Document Number 11. A true and correct copy of the filed Proof of Service of Summons is attached hereto as **Exhibit B**.

6.     When filing the Notice and Acknowledgement of Receipt of Summons and Complaint, my office was prompted to input the following information on the Court's filing system:

"Enter Date ACKNOWLEDGMENT SENT BY PLAINTIFF ON and date answer is due."

Below that, there was a box for "Date served" and "Date answer due." In the "Date Served" box, my office typed in 09/19/2023, which is the date the Notice and Acknowledgement of Receipt of Summons and Complaint was sent to Defendant's counsel. Inputting 09/19/2023 in this "Date served" box automatically populated Defendant's responsive pleading deadline as 10/10/2023. However, pursuant to California Code of Civil Procedure section 415.30, "service of a summons pursuant

Declaration of Kiki Manti Engel re Response to OSC
S:\wp\P1205\004\FEDERAL ACTION - September 2023\DEC OF KME IN RESPONSE TO OSC.docx

REID & HELLYER APC
POST OFFICE BOX 1300
RIVERSIDE, CALIFORNIA 92502-1300
3685 MAIN STREET, SUITE 300
RIVERSIDE, CALIFORNIA 92501

1  to this section is deemed complete on the date a written acknowledgment of receipt

2  of summons is executed, if such acknowledgment thereafter is returned to the

3  sender." A screenshot from the Court's filing system is attached hereto as **Exhibit C**

4  for the Court's reference.

5       7.       Pursuant to California Code of Civil Procedure section 415.30, we

6  calculate Defendant's responsive pleading deadline as twenty-one (21) days from

7  when the Notice and Acknowledgement of Receipt of Summons and Complaint was

8  executed (10/12/2023). This would make Defendant's responsive pleading deadline,

9  November 2, 2023.

10      8.       When our office was notified of the Order to Show Cause Why this

11 Case Should Not be Dismissed for Lack of Prosecution, our office contacted the

12 CM/ECF-Help Desk Team in an effort to change Defendant's responsive pleading

13 deadline. However, we were unable to make this change through the CM/ECF-Help

14 Desk.

15      9.       We respectfully request that the Order to Show Cause Why this Case

16 Should Not be Dismissed for Lack of Prosecution be vacated. We further respectfully

17 request that the Court not dismiss this matter for lack of prosecution, and that the

18 Court recalculate Defendant's responsive pleading deadline based on a 10/12/2023

19 service date.

20      I declare under penalty of perjury under the laws of the State of California that

21 the foregoing is true and correct.

22      Executed on October 19, 2023 at Murrieta, California.

23

24                                                          _Kiki Manti_

25                                              Kiki Manti Engel

26

27

28

REID & HELLYER APC
POST OFFICE BOX 1300
RIVERSIDE, CALIFORNIA 92502-1300
3685 MAIN STREET, SUITE 300
RIVERSIDE, CALIFORNIA 92501

- 3 -

Declaration of Kiki Manti Engel re Response
to OSC
S:\wp\P1205\004\FEDERAL ACTION - September 2023\DEC OF KME IN RESPONSE TO OSC.docx